NO. 07-03-0088-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MARCH 19, 2003

_____

PATRIOT CONSTRUCTION CORPORATION,

Appellant

v.

LOYD WAYNE GREEN,

Appellee

_____

FROM THE 31ST DISTRICT COURT OF WHEELER COUNTY;

NO. 11,147; HON. STEVEN R. EMMERT, PRESIDING

_____

Before QUINN, REAVIS, and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Patriot Construction Corporation filed a motion to dismiss this appeal because they longer desire to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Justice